UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS HOWELL #872975,

    Plaintiff,

v.

UNKNOWN LEAVITT, et al.,

    Defendants.

_____/

Hon. Jane M. Beckering

Case No. 1:22-cv-243

## CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

Marcus Howell has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

    Motion for Extension of Time to Respond/Reply – ECF No. 50

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Marcus Howell files a signature page (attached) within 21 days of the date of this order.

    IT IS SO ORDERED

Date:  October 22, 2024
pjw

    /s/ Ray Kent
RAY KENT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Marcus Howell #872975,

    Plaintiff,

v.

Unknown Leavitt, et al.,

    Defendants.

_____/

Hon. Jane M. Beckering

Case No. 1:22-cv-243

**SIGNATURE PAGE FOR:**

Motion for Extension of Time to Respond/Reply – ECF No. 50

    The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.